UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

In re:

BELL, KENNETH WAYNE SR

BELL, HELENE WILLETTE

Debtors.

Case No. 18-40586-BDL

NOTIFICATION THAT CREDITORS' 341 MEETING WILL BE HELD TELEPHONICALLY

Chapter 7 Trustee Brian L. Budsberg, hereby files this statement notifying all creditors and parties in interest that the creditors' section 341 meeting in this case scheduled to take place on March 31, 2020 at 9:30 am PDT at Courtroom J, Union Station, 1717 Pacific Avenue, Tacoma, WA 98402, will now take place <u>telephonically</u>. Any party in interest wishing to participate may call **1-866-829-9875** at 9:30 am on March 31, 2020. The Participant Code to enter is **4230506 followed by the # sign**.

As there will be multiple parties on the line, every party calling into the meeting should call in from a secure line with minimal background noise. Once a caller has connected to the call, their phone should be placed on mute until their case has been called. When their case has been called, parties should speak loudly into the telephone as the trustee is making an audio recording of the meeting.

Debtors with counsel should be prepared to share photo identification and proof of Social Security number by visual means with their counsel. Arrangements should be made with debtor's counsel prior to the start of the creditors' meeting. Debtor's counsel will be responsible for confirming the validity of that identification by affirming on the record at the meeting that they have verified the Debtor's identification.

Page 1

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093

Debtors without counsel should be prepared to provide a scan, copy or photo of their photo identification and proof of Social Security number to their case trustee in advance of the meeting by email. Failure to provide such proof will result in continuance of the 341 meeting until proof of identification has been provided.

The debtor and counsel must also have available a copy of the petition, schedules, statement of financial affairs, means test, plan, Rule 4002 Documents or any other case documents that the debtor may reasonably be questioned about during the 341 Meeting. The case trustee may also contact the debtor or counsel in advance of the meeting to identify specific documents to have available.

If the debtor or counsel will be unable to appear for the 341 Meeting by phone as set out in this notice, or if the debtor requires an interpreter, please promptly contact the trustee in advance of the meeting, in writing, to request a continuance of the 341 Meeting.

Dated: March 23, 2020.

                                              Respectfully submitted,

                                              /s/ Brian L. Budsberg
                                              Brian L. Budsberg
                                              Chapter 7 Case Trustee
                                              trustee@budsberg.com

NOTICE
Page 2

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093